# Order

Michigan Supreme Court
Lansing, Michigan

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

150777

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 150777
COA: 316911
Calhoun CC: 2012-003305-FC

HECTOR GEMBE, a/k/a ARTURO MARTINEZ,
Defendant-Appellant.

_____/

By order of May 28, 2015, the application for leave to appeal the November 18, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Lockridge* (Docket No. 149073). On order of the Court, the case having been decided on July 29, 2015, 498 Mich 358 (2015), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

t1202